

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00575-CV

**IN THE ESTATE OF CARLOS AGUILAR**, Deceased,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Victor Villarreal, Judge Presiding

# O R D E R

This court issued a show cause order instructing appellant to provide written proof of payment to or payment arrangements with the court reporter responsible for preparing the reporter's record. Appellant timely responded with satisfactory proof of payment arrangements. Accordingly, it is ORDERED that the reporter's record is due to be filed in this court *within thirty (30) days* from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court